**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ADAM S. KAPLAN and DANIEL E. KAPLAN,

                       Petitioners,

      -against-                                    22 **CIVIL** 1333 (ER)

                                                        **JUDGMENT**

MERRILL LYNCH, PIERCE, FENNER &
SMITH INC.,

                       Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2022, Merrill Lynch's motion to dismiss the Kaplans' petition to vacate is GRANTED, and the Kaplans' motion for discovery is DENIED. The Kaplans' request for leave to file a sur-reply is also DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

         June 10, 2022

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                  **BY:**      *K. Mango*
                                                        **Deputy Clerk**